# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2188. JAAMEL L. GOINS v. ALEXIS DAVIS.**

Jaamel L. Goins filed this direct appeal from the trial court's order holding him in contempt for failure to pay child support. We, however, lack jurisdiction. Appeals from judgments or orders in domestic relations cases, including orders "holding or declining to hold persons in contempt," must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b); *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Accordingly, Goins' failure to follow the requisite discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/22/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*